# EXHIBIT "L"

*U.S. Patents Nos. 8,291,941 and 8,291,942*
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 1** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| A hose comprising:<br>a flexible elongated outer tube constructed from a fabric material having a first end and a second end, an interior of said outer tube being substantially hollow;<br>a flexible elongated inner tube having a first end and a second end, an interior of said inner tube being formed of an elastic material;<br>a first coupler secured to said first end of said inner and said outer tubes;<br>a second coupler secured to said second end of said inner and said outer tubes unsecured to each other between the first and second ends; and | The Pocket Hose is a hose constructed of a hollow outer tube (A) and a hollow inner tube (B).<br><br>The outer tube is constructed of a fabric material. The inner tube, which is located within the outer tube, is constructed of an elastic material. The outer tube and inner tube each have a first end and a second end (A1 & A2, B1 & B2).<br><br>The first ends (A1, B1) of the two tubes are secured at the first coupler, in the form of a threaded, female hose connector (C1). The second ends (A2, B2) of the two tubes are secured at the second coupler, in the form of a threaded, male hose connector (C2). The two tubes are not secured to each other at any point therebetween. | |

1

*U.S. Patents Nos. 8,291,941 and 8,291,942*
<u>*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*</u>

| | | |
|---|---|---|
| said first coupler fluidly coupling said hose to a source of pressurized fluid, said second coupler coupling said hose to a fluid flow restrictor, | The first coupler (C1) connects to a spigot. The second coupler (C2) connects to an on/off ball valve (D) which restricts the flow of fluid. Alternatively, a nozzle is sold separately. |  |
| whereby said fluid flow restrictor creates an increase in fluid pressure between said first coupler and said second coupler within said hose, said increase in fluid pressure expands said elongated inner tube longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby substantially increasing a length of said hose to an expanded condition and said hose contracting to a substantially decreased or relaxed length when there is a decrease in fluid pressure between said first coupler and said second coupler. | When the hose is connected to the spigot and the valve, and the water is turned on, the increase in fluid pressure expands the length and width of the inner tube, thereby expanding the hose up to three times its size. The Pocket Hose instructions indicate that the hose will not expand unless the flow restrictor is attached. When the water is then turned off, as the hose drains the decrease in fluid pressure causes it to contract to its original length and width. |  |

2

U.S. Patents Nos. 8,291,941 and 8,291,942
**INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)**

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 2** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose of Claim 1 wherein said outer tube is made from a material which will not stretch longitudinally or laterally when a force is applied to an interior of said tube. | The Pocket Hose fabric outer tube unfolds as the hose extends. However, the outer tube fabric itself does not stretch as the inner tube expands with fluid pressure. | |

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 3** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose of Claim 2 wherein said outer tube is made from a material selected from the group consisting of nylon, polyester, or polypropylene. | The Pocket Hose outer tube is constructed of nylon, according to a sworn statement of A.J. Khubani submitted in other proceedings. | |

3

U.S. Patents Nos. 8,291,941 and 8,291,942
**INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)**

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 4** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose of Claim 1 wherein said inner tube is made from an elastic material with an elongation ratio of up to six to one and which can expand up to six times its contracted or unexpanded length. | The Pocket Hose extends roughly two times its length. | |

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 6** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose of claim 1 wherein said inner tube and said outer tube are made from materials which will not kink or become entangled upon itself when said inner and said outer tubes are in their expanded condition. | The Pocket Hose is advertised as being "kink, twist and tangle proof." | |

4

*U.S. Patents Nos. 8,291,941 and 8,291,942*
<u>*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*</u>

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 11** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose of claim 1 wherein said flow restrictor is a fluid nozzle which is removably secured to said hose. | The Pocket Hose is advertised and sold for use with a removable hose nozzle. | |

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 13** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose of Claim 1 wherein said hose is a garden hose. | The Pocket Hose is a garden hose. | |

5

*U.S. Patents Nos. 8,291,941 and 8,291,942*
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 17** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose of Claim 1 wherein said inner tube and said outer tube are made from materials which will not kink when said inner and said outer tubes are in their contracted condition. | The Pocket Hose is advertised as being "kink, twist and tangle proof." | **FEATURES & BENEFITS**<br><br>• Small enough to fit in your pocket when collapsed<br><br>• Long & strong enough for any job<br><br>• Kink, twist and tangle proof<br><br>• Super lightweight and hangs or stores anywhere |

6

*U.S. Patents Nos. 8,291,941 and 8,291,942*
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 18** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| A method of transporting a fluid comprising: introducing a fluid into a hose, said hose including a nonelastic, bendable elongated outer tube having a first end and a second end, an interior of said outer tube being substantially hollow, an expandable, elastic elongated inner tube having a first end and a second end, an interior of said inner tube being substantially hollow, said inner tube being formed of an elastic material; | A user connects the Pocket Hose to a spigot on one end and a valve (D) or nozzle on the other. The user turns on the spigot, causing water to run into the expandable, hollow inner tube of the hose, which is within the non-elastic, bendable outer tube of the hose.<br><br>A manufacturer[1] typically performs the securing steps, securing a threaded female hose connector (C1) to the first ends (A1, B1) of the outer and inner tubes, and securing a threaded male hose connector (C2) to the second ends (A2, B2) of the outer and inner tubes. | |

---

[1] The packaging for the Pocket Hose indicates that the product is manufactured in China. However, Plaintiffs would require discovery as to the identity and location of any manufacturer of the Pocket Hose in order to determine whether any manufacturing has occurred in the United States.

U.S. Patents Nos. 8,291,941 and 8,291,942
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| | | |
|---|---|---|
| securing a first coupler to said first end of said inner and said outer tubes; securing a second coupler to said second end of said inner and said outer tubes; said inner and said outer tubes being secured to each other only at said first and said second ends and unsecured to each other between said first and said second ends; connecting said first coupler to a source of pressurized fluid; connecting said second coupler to a fluid flow restrictor; | Though the outer and inner tubes are each connected at the first coupler on one end and at the second coupler on the other end, the tubes are not secured to each other at any point therebetween. The first coupler connects to a spigot, a source of pressurized fluid. The second coupler connects to a valve, a fluid flow restrictor. |  |

8

*U.S. Patents Nos. 8,291,941 and 8,291,942*
***INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)***

| | | |
|---|---|---|
| creating an increase in fluid pressure between said first coupler and said second coupler within said hose, said increase in fluid pressure automatically expanding said inner tube longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby increasing a length and width of said hose to an extended condition; and | When the Pocket Hose is connected and water is running therein as described above, the increase in fluid pressure causes the elastic inner tube to expand and extend. |  |
| automatically contracting said hose to a decreased length and width by removing said fluid pressure differential between said first coupler and said second coupler, whereby said inner tube moves freely with respect to said outer tube when where is no fluid pressure differential between said first coupler and said second coupler. | When the water is then turned off, as it drains from the Pocket Hose the decrease in fluid pressure causes the elastic inner tube to contract, which causes the hose to contract back to its original length and width. |  |

U.S. Patents Nos. 8,291,941 and 8,291,942
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 19** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The method of transporting a fluid of claim 18 wherein said inner tube is elongated up to six times its contracted or unexpanded length. | The Pocket Hose is advertised as expanding three times its length | |

| U.S. Patent No. 8,291,941 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 22** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The method of transporting a fluid of claim 18 wherein said outer tube constrains the lateral or radial expansion and the longitudinal expansion of said inner tube upon an increase of said fluid pressure between said first coupler and said second coupler within said hose. | The Pocket Hose outer tube is constructed of a nonelastic material which constrains the expansion of the elastic inner tube. | |

10

*U.S. Patents Nos. 8,291,941 and 8,291,942*
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| U.S. Patent No. 8,291,942 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 1** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| A hose assembly comprising: an outer tube assembly formed from a soft non-elastic based control material housing an inner tube member constructed from an elastic based material, said outer tube assembly and said inner tube member each having a first end attached together by a first coupler and a second end attached together with a second coupler, said outer tube assembly is unattached from said inner tube member between said first and second coupler; | The Pocket Hose has an outer tube formed of a soft, nonelastic fabric material, which houses and confines an expandable inner tube formed of elastic material. Each tube has a first end (A1, B1), which are attached together at a threaded, female first hose connector (C1), and a second end (A2, B2), which are attached together at a threaded, male second hose connector (C2). The tubes are not connected to each other at any point in between the two ends. | |

11

---

*U.S. Patents Nos. 8,291,941 and 8,291,942*
<u>**INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)**</u>

| | | |
|---|---|---|
| whereby said outer tube assembly and said inner tube member have a substantially shortened first length in a non-fluid flow contracted state with said outer tube assembly extending about an outer surface of said inner member in an undulating state | The tubes are shorter in length in the contracted state during which there is no fluid flowing into the inner tube. The outer tube surrounds the inner tube in an undulated state, giving the material a wavy appearance. |  |
| and a substantially longer second length with said outer tube assembly capturing said inner tube member in an expanded state upon the application of fluid pressure to the interior of the elastic inner tube. | The tubes are substantially greater in length in the expanded state during which there is fluid flowing into the inner tube. The outer tube continues to house and confine the inner tube in this expanded state. |  |

12

*U.S. Patents Nos. 8,291,941 and 8,291,942*
*<u>INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)</u>*

| U.S. Patent No. 8,291,942 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 2** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose assembly according to claim 1 wherein said outer tube assembly has a first end and a second end defining a first length therebetween in a contracted state and a second length therebetween in an expanded state, | The Pocket Hose outer tube has a first end (A1) and a second end (A2). The tube has a shorter length between the two ends in the contracted state and a longer length in the expanded state. | |

13

U.S. Patents Nos. 8,291,941 and 8,291,942
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| | | |
|---|---|---|
| and said inner tube member positioned in said outer tube assembly wherein said first end operates as an inlet and second end operates as an outlet, said inner tube forming a watertight fluid flow path between said inlet and said outlet. | The elastic inner tube is positioned within the outer tube. The first end (B1) is an inlet for fluid to flow into the hose, and the second end (B2) is an outlet for fluid to flow out of the hose. The inner tube is watertight between the inlet and the outlet. |  |

14

*U.S. Patents Nos. 8,291,941 and 8,291,942*
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| U.S. Patent No. 8,291,942 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 3** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose assembly according to claim 1 wherein said first coupler is further defined as a female hose connector attached to said inlet of said inner tube member and said first end of said outer tube assembly, said female hose connector available for fluidly coupling said hose assembly to a source of pressurized fluid. | The Pocket Hose first coupler is a female hose connector (C1). It is attached to the inlet of the inner tube at the first end of the hose.<br><br>The connector (C1) connects to a source of pressurized fluid, e.g., a spigot for a garden hose. | |

15

*U.S. Patents Nos. 8,291,941 and 8,291,942*
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| U.S. Patent No. 8,291,942 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 4** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose assembly according to claim 1 wherein said second coupler is a male hose connector attached to said outlet of said inner tube member and said second end of said outer tube assembly, said male hose connector available for attachment to a fluid flow restrictor. | The Pocket Hose second coupler is a male hose connector (C2). It is attached to the outlet of the inner tube at the second end (B2) of the hose.

The connector connects to a fluid flow restrictor, e.g., a valve or a nozzle for a garden hose. The Pocket Hose is sold with an on/off ball valve (D) included. Alternatively, a nozzle is sold separately. | |

16

*U.S. Patents Nos. 8,291,941 and 8,291,942*
<u>*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*</u>

| U.S. Patent No. 8,291,942 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 5** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose assembly of claim 1 wherein said control material includes a circumferential control and a longitudinal control, wherein said control material will not extend beyond said second length when fluid flows through said hose assembly. | The Pocket Hose outer tube is constructed of a non-elastic material that will not stretch, thus controlling the inner tube's expansion when fluid flows through the hose. | |

| U.S. Patent No. 8,291,942 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 6** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose assembly of claim 5 wherein said control material is material selected from the group consisting of nylon, polyester, or polypropylene. | The Pocket Hose outer tube is constructed of nylon, according to a sworn statement of A.J. Khubani submitted in other proceedings. | |

17

*U.S. Patents Nos. 8,291,941 and 8,291,942*
*INFRINGEMENT CLAIM CHART – TELEBRANDS POCKET HOSE (Previous Design)*

| U.S. Patent No. 8,291,942 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 7** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose assembly of claim 5 wherein said control material is woven, braided or twisted to allow a substantially inelastic length and circumference. | The Pocket Hose outer tube is so constructed as set forth in this claim. | |

| U.S. Patent No. 8,291,942 | "Pocket Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 8** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The hose assembly of claim 1 wherein said inner tube includes an elongation ratio of up to six to one allowing said inner tube to expand up to six times a contracted first length. | The Pocket Hose expands roughly two times its length. | |

18