# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BLUE GENTIAN, LLC, et al., | : | Civil No. 13-4627(FSH) |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| TELEBRANDS CORPORATION, et al., | : | July 14, 2014 |
| Defendants. | : | |

**HOCHBERG, District Judge:**

This matter comes before the Court upon a Report and Recommendation by Magistrate Judge Clark dated April 30, 2014 [Docket # 76], recommending that this Court deny the Retail Defendants'[1] Motions to Dismiss and to Strike; and it appearing that the Federal Circuit recently issued a decision in *In re Nintendo of America, Inc.*, __ F.3d __, 2014 WL 2889911 (Fed. Cir. June 25, 2014), which may have some bearing on the Report and Recommendation issued by Magistrate Judge Clark; and good cause appearing,

It is on this 14th day of July, 2014,

**ORDERED** that the Report and Recommendation of Magistrate Judge Clark [docket # 76] is **RECOMMITTED** to Judge Clark to reconsider in light of *In re Nintendo of America, Inc.*

s/ Faith S. Hochberg<br>
Faith S. Hochberg, U.S.D.J.

---

[1] The Walgreen Company and Wal-Mart Stores are collectively referred to as the "Retail Defendants."